UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| STEVEN CONWAY, LORI CONWAY, LORCON, LLC #1, and LORCON LLC #4,<br><br>　　　　Appellants,<br><br>vs.<br><br>JOHN JEROME PALCZUK, and KAREN ELIZABETH PALCZUK,<br><br>　　　　Appellees. | **JUDGMENT**<br>**CASE NO. 5:21-CV-333-D** |

**Decision by Court.**

**This action came before the Honorable James C. Dever III, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court for the Eastern District of North Carolina:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court AFFIRMS the bankruptcy court's finding that appellants violated the discharge injunction but VACATES and REMANDS the action to the bankruptcy court to reconsider the contempt finding and award of sanctions under the correct legal standard.

This Judgment filed and entered on July 14, 2022, and copies to:
Henry F. Luepke (via CM/ECF electronic notification)
Jeffrey Michael Cook (via CM/ECF electronic notification)
Kathleen M.O'Malley (via CM/ECF electronic notification)
William P. Janvier (via CM/ECF electronic notification)

July 14, 2022

Peter A. Moore, Jr.
Clerk of Court

By: *Susan K. Edwards*
Deputy Clerk